UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

NATIONAL ELECTRICAL BENEFIT FUND,
TRUSTEE OF, et al.,

    Plaintiffs,

v.

UNITED POWERLINE CONTRACTORS, LLC,

    Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:15-cv-01246

REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiffs' Ex-Parte Motion for Proceedings Supplementary to Judgment (ECF No. 14), which was referred to the undersigned by the Honorable Janet T. Neff for report and recommendation under 28 U.S.C. §636(b)(1)(B).

For the reasons contained in the motion and supporting documentation, the undersigned recommends that the requested relief be granted.

Date:  June 7, 2016

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge

OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).