UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL ELECTRICAL BENEFIT
FUND, Trustees of, et al.,

      Plaintiffs,                    Case No. 1:15-cv-1246

v.                                    HON. JANET T. NEFF

UNITED POWERLINE
CONTRACTORS, LLC,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiffs filed an Ex-Parte Motion for Proceedings Supplementary to Judgment (Dkt 14). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 7, 2016, recommending that this Court grant the motion. The Report and Recommendation was duly served on Plaintiffs. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 15) is APPROVED and ADOPTED.

Dated: June 27, 2016                          /s/Janet T. Neff
                                                  JANET T. NEFF
                                                  United States District Judge